AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 02-4050 | DATE FILED 6/24/02 | U.S. COURTHOUSE<br>601 MARKET STREET, ROOM 2609<br>PHILADELPHIA, PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| DON TROIANI | WISDOM ENTERTAINMENT, LTD.,<br>REVOLUTION FILM WORKS, LTD.,<br>THE ART ASYLUM,<br>CRUSADE FILM PRODUCTIONS, LLC |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 418 921 | THE BOY COLONEL | DON TROIANI |
| 2 | VA 503-719 | RETREAT BY RECOIL | DON TROIANI |
| 3 | VA 716-247 | BURNSIDE'S BRIDGE | DON TROIANI |
| 4 | VA 415 576 | BRONZE GUNS & IRON MEN | DON TROIANI |
| 5 | VA 421 800 | OPDYCKE'S TIGERS | DON TROIANI |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | VA 454 213 | FORWARD THE COLORS | DON TROIANI |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>MICHAEL E. KUNZ | (BY) DEPUTY CLERK | DATE<br>6/24/02 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy