**BOCHETTO & LENTZ, P.C.**
By:	Gavin P. Lentz, Esquire
Attorney I.D. Nos.: 53609
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900

### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DON TROIANI** | : | CIVIL ACTION |
| | : | |
| | : | NO.  02-CV-4050 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **WISDOM ENTERTAINMENT, LTD. et al.,** | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion to Compel Defendant Wisdom Entertainment, Ltd.'s to provide full and complete Answers to Plaintiff's Interrogatories and Document Requests, Defendant Wisdom Entertainment, Ltd.'s Response thereto, if any, and the record as a whole, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

It is further **ORDERED** and **DECREED** that Defendant Wisdom Entertainment, Ltd. shall provide full and complete responses within seven (7) days of the entry of this Order or suffer sanctions as this Court deems appropriate.

It is also **ORDERED** and **DECREED** that Defendant, Wisdom Entertainment, Ltd.'s answers to Plaintiff's Requests for Admissions are deemed admitted for failure to respond in accordance with the Federal Rules of Civil Procedure.

BY THE COURT:

_____

U.S. D.C. , J.

**BOCHETTO & LENTZ, P.C.**
By:   Gavin P. Lentz, Esquire
Attorney I.D. No.: 53609
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DON TROIANI** | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-CV-4050 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **WISDOM ENTERTAINMENT, LTD. et al.,** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT,
WISDOM ENTERTAINMENT, LTD. TO PROVIDE FULL AND
COMPLETE ANSWERS TO PLAINTIFF'S INTERROGATORIES AND
DISCOVERY REQUESTS PURSUANT TO LOCAL CIVIL RULE 26.1 (g)**.

Plaintiff, Don Troiani ("Plaintiff") by and through his undersigned counsel, Bochetto & Lentz, P.C., hereby submit his Motion to Compel Defendant Wisdom Entertainment, Ltd. to provide full and complete answers to Plaintiff's Interrogatories and Requests for Production of Documents, and in support thereof avers as follows:

1. This litigation was initiated on June 24, 2002.

2. On November 1, 2002, Plaintiff submitted his Interrogatories, Requests for Production of Documents and Requests for Admissions addressed to Defendant Wisdom Entertainment, Ltd.  (See Letter dated November 11, 2002, attached

1

hereto as Exhibit "A".)

3. On December 19, 2002, Plaintiff requested full and complete answers to his discovery requests which were overdue. (See Letter, dated December 19, 2002, attached hereto as Exhibit "B.")

4. After a telephone conversation with defense counsel, Plaintiff granted Defendant an extension to provide full and complete answers via hand delivery by January 3, 2003. (See Letter Rosen, dated December 20, 2002, attached hereto as Exhibit "C.")

5. No answers were provided on January 3, 2003.

6. After another telephone conversation, Defendant expressed that answers will be provided on Tuesday, January 7, 2003.

7. Again no answers were provided on January 7, 2003.

8. On January 9, 2003, Plaintiff faxed another letter requesting full and complete answers. (See Letter, dated January 9, 2003, attached hereto as Exhibit "D.")

9. In response thereto, Plaintiff was notified by defense counsel that answers would be forthcoming via hand delivery on January 10, 2003.

10. No answers were provided on January 10, 2003.

11. Defendant's dilatory tactics severely prejudices Plaintiff in pursuing this litigation.

12. As a result, Plaintiff respectfully requests that this Court orders Defendant to provide full and complete answers to Plaintiff's discovery requests within seven (7) days of the Court's order or suffer sanctions.

**WHEREFORE**, Plaintiff, Don Troiani, respectfully requests this Court to grant this

Motion and compel Defendant to respond to the discovery requests identified above within seven (7) days of the date of the Order.

                                        Respectfully submitted,

                                        **BOCHETTO & LENTZ, P.C.**

                                        By:_____
                                            Gavin P. Lentz, Esquire

Date: January 13, 2003