```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DON TROIANI, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| WISDOM ENTERTAINMENT, LTD, | : | |
| et. al. | : | |
|     Defendants | : | NO. 02-4050 |

## ORDER

AND NOW, this _____ day of January, 2003, upon consideration of Plaintiff's Motion to Compel Defendant, Wisdom Entertainment, Ltd., to Provide Full and Complete Answers to Plaintiff's Interrogatories and Document Requests (Docket #7), IT IS HEREBY ORDERED, pursuant to Local Rule 26.1g, that the defendant, Wisdom Entertainment, Ltd., shall respond to the plaintiff's Interrogatories and Request for Production of Documents on or before January 24, 2003.

                                              BY THE COURT:

                                              _____
                                              MARY A. McLAUGHLIN, J.