```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DON TROIANI,                    :     CIVIL ACTION
             Plaintiff          :
                                :
        v.                      :
                                :
WISDOM ENTERTAINMENT, LTD,      :
et. al.                         :
             Defendants         :     NO. 02-4050
```

ORDER

AND NOW, this _____ day of May, 2003, upon consideration of the parties' stipulation of judgment, IT IS HEREBY ORDERED that judgment is entered for the plaintiff and against the defendant, Wisdom Entertainment, in the amount of ten thousand dollars ($10,000).

                                BY THE COURT:


                                _____
                                MARY A. McLAUGHLIN, J.